1
2
3
4
5              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
6

DONNELLY R. VILLEGAS, an enrolled
member of the Spokane Tribe of
Indians,

          Plaintiff,          NO. CV-12-0001-EFS

     v.

UNITED STATES OF AMERICA;         **ORDER GRANTING**
DEPARTMENT OF THE INTERIOR; BUREAU  **PLAINTIFF'S MOTION TO**
OF INDIAN AFFAIRS; BUREAU OF LAND   **DISMISS CLAIMS AGAINST**
MANAGEMENT; BUREAU OF SAFETY AND    **DEFENDANT ONB BANK AND**
ENVIRONMENTAL ENFORCEMENT           **TRUST**
(formerly the MINERALS MANAGEMENT
SERVICE); ENVIRONMENTAL PROTECTION
AGENCY; DEPARTMENT OF JUSTICE;
OFFICE OF THE INSPECTOR GENERAL;
LISA P. JACKSON; REBECCA ANNE
BATTS; STAN SPEAKS; ERIC H.
HOLDER, JR.; KENNETH L. SALAZAR;
ROBERT ABBEY; MICHAEL R. BROMWICH;
DAWN MINING COMPANY, LLC; NEWMONT
USA LIMITED; WASHINGTON WATER
POWER/AVISTA; ONB BANK AND TRUST;
and ESTATE OF WILLARD SHARPE,

          Defendants.

    This matter comes before the Court on Plaintiff Donnelly R. Villegas' Motion to Dismiss Claims Against Defendant ONB Bank and Trust. ECF No. 17. Mr. Villegas states that Defendant ONB Bank and Trust was erroneously named as a Defendant in this matter, and asks the Court to dismiss all claims against ONB Bank and Trust with prejudice. ONB Bank and Trust has not answered or otherwise responded to the Complaint.

ORDER ~ 1

Based on Plaintiff's motion, **IT IS HEREBY ORDERED**:

1. The Complaint, **ECF No. 1**, is **DISMISSED with prejudice** as to Defendant ONB Bank and Trust, with each party to bear its own costs and attorney's fees.

2. The case caption shall be **amended.** All future filings in this matter shall bear the following caption:

> DONNELLY R. VILLEGAS, an enrolled member of the Spokane Tribe of Indians,
>
>                 Plaintiff,
>
> v.
>
> UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; BUREAU OF INDIAN AFFAIRS; BUREAU OF LAND MANAGEMENT; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT (formerly the MINERALS MANAGEMENT SERVICE); ENVIRONMENTAL PROTECTION AGENCY; DEPARTMENT OF JUSTICE; OFFICE OF THE INSPECTOR GENERAL; LISA P. JACKSON; REBECCA ANNE BATTS; STAN SPEAKS; ERIC H. HOLDER, JR.; KENNETH L. SALAZAR; ROBERT ABBEY; MICHAEL R. BROMWICH; DAWN MINING COMPANY, LLC; NEWMONT USA LIMITED; WASHINGTON WATER POWER/AVISTA; and ESTATE OF WILLARD SHARPE,
>
>                 Defendants.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___7th___ day of February 2012.

                      S/ Edward F. Shea
                      EDWARD F. SHEA
              United States District Judge

Q:\Civil\2012\1.stip.dismiss.lc2.wpd

ORDER ~ 2