MICHAEL R. THORP, WSBA NO. 5923
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104-2682
Phone:      (206) 676-7000
Facsimile:  (206) 676-7103
miket@summitlaw.com

SCOTT W. HARDT, admitted Pro Hac Vice
LINNEA BROWN, admitted Pro Hac Vice
JOSEPH G. MIDDLETON, admitted Pro Hac Vice
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO  80202
Telephone:  (303) 292-4922
Facsimile:  (303) 292-4921
hardt@twhlaw.com
brown@twhlaw.com
middleton@twhlaw.com

Attorneys for Newmont USA Limited and
Dawn Mining Company

The Honorable Edward F. Shea

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNELLY R. VILLEGAS, an enrolled member of the Spokane Tribe of Indians;<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. CV-12-001-EFS<br><br>DEFENDANTS NEWMONT USA LIMITED'S AND DAWN MINING COMPANY'S MEMORANDUM IN SUPPORT OF JOINT MOTION TO QUASH SUBPOENA |

DEFENDANTS NEWMONT USA LIMITED'S AND
DAWN MINING COMPANY'S MEMORANDUM IN
SUPPORT OF JOINT MOTION TO QUASH
SUBPOENA - 1
CASE NO. CV-12-001-EFS

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

Defendants Newmont USA Limited ("Newmont"), and Dawn Mining Company LLC ("Dawn"), submit the following Memorandum of Points and Authorities in Support of their Joint Motion to Quash Plaintiff's Subpoena to Produce Documents issued to the Garden City Group, Inc. Counsel for Defendants Newmont and Dawn have conferred with counsel for Plaintiff, who opposes Defendants' Motion.

I.  **Background**

On April 19, 2012, Plaintiff's counsel mailed a Notice of Records Deposition (the "Notice") and subpoena *deuces tecum t*o the Garden City Group, Inc. ("Garden City"), a non-party who is the administrator of a class settlement in unrelated litigation, *Cobell v. Salazar*, No. 1:96 CV 01285(TFH) (D.D.C.). *See* Exhibit A, Notice of Records Deposition and Subpoena. The Notice and subpoena were headed with the caption for the instant case, *Villegas v. United States*, No. CV-12-001-EFS (E.D. Wash. 2012). At the time of mailing, the subpoena was unsigned and undated. A signed subpoena was later received by Garden City, dated April 24, 2012. The subpoena commands Garden City to produce specific categories of documents on May 1, 2012, at the offices of Galanda Broadman PLLC, in Seattle, Washington. The materials requested include a large number of documents related to the *Cobel v. Salazar* litigation, including settlement materials provided to members of the class in that litigation, as well as court filings. At

DEFENDANTS NEWMONT USA LIMITED'S AND
DAWN MINING COMPANY'S MEMORANDUM IN
SUPPORT OF JOINT MOTION TO QUASH
SUBPOENA - 2
CASE NO. CV-12-001-EFS

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Garden City's request, Plaintiff agreed to extend the time for Garden City to respond to the subpoena through May 14, 2012.

**II.    Argument**

The timing and sequence of discovery are governed by Federal Rule of Civil Procedure 26(d)(1), which provides, in part:

> A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order.

The parties have not yet conferred pursuant to Federal Rule of Civil Procedure Rule 26(f), or developed a discovery plan.  Aside from Plaintiff's claim against the United States under the Administrative Procedure Act, the exceptions in Rule 26(d)(1) allowing early discovery are not applicable.  Plaintiff filed its Complaint on January 16, 2012.  On March 15, 2012, Newmont filed a Motion to Dismiss under Rule 12(b)(6) (ECF No. 38).  Dawn filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join an Indispensable Party on the same day (ECF No. 41).  Plaintiff filed oppositions on April 12, and Defendants filed replies on April 30.  The United States filed a Motion to Dismiss on March 30, 2012 (ECF No. 61), arguing, *inter alia*, that this Court lacks jurisdiction over Plaintiff's claims.  Plaintiff sought, and was granted, an extension of time to file an opposition to the United States' Motion to Dismiss up to and

DEFENDANTS NEWMONT USA LIMITED'S AND
DAWN MINING COMPANY'S MEMORANDUM IN
SUPPORT OF JOINT MOTION TO QUASH
SUBPOENA - 3
CASE NO. CV-12-001-EFS

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

Case 2:12-cv-00001-EFS   Document 93   Filed 04/30/12

including June 26, 2012.  Newmont's, Dawn's and the United States' motions to dismiss are pending and the Court has not yet made a determination on whether it has jurisdiction over the Plaintiff's claims.

Neither Newmont, nor Dawn, nor the United States have filed an answer, and the case is not yet at issue.  Plaintiff has not moved for an order allowing premature discovery, pursuant to Federal Rule 26(d).  Plaintiff should not be permitted to violate the Federal Rules of Civil Procedure.

WHERFORE, Defendants Newmont and Dawn respectfully request the court to enter an order granting their Motion to Quash Plaintiff's Subpoena, and granting such further relief as the Court deems just and proper.

Respectfully submitted this 30th day of April, 2012.

| By s/  MICHAEL R. THORP | s/     SCOTT W. HARDT |
|---|---|
| Michael R. Thorp, WSBA No. 5923 | Scott W. Hardt, admitted Pro Hac Vice |
| Attorneys for Newmont USA Limited | Linnea Brown, admitted Pro Hac Vice |
| and Dawn Mining Company | Joseph G. Middleton, admitted Pro Hac Vice |
| Summit Law Group PLLC | Attorneys for Newmont USA Limited and |
| 315 5th Avenue S, Suite 1000 | Dawn Mining Company |
| Seattle, WA  98104-2682 | Temkin Wielga & Hardt LLP |
| Telephone:  (206) 676-7102 | 1900 Wazee Street, Suite 303 |
| Facsimile:   (206) 676-7103 | Denver, CO  80202 |
| miket@summitlaw.com | Telephone:  (303) 292-4922 |
|  | Facsimile:  (303) 292-4921 |
|  | hardt@twhlaw.com |
|  | brown@twhlaw.com |
|  | middleton@twhlaw.com |
"Respectfully submitted this 30th day of April, 2012."

DEFENDANTS NEWMONT USA LIMITED'S AND
DAWN MINING COMPANY'S MEMORANDUM IN
SUPPORT OF JOINT MOTION TO QUASH
SUBPOENA - 4
CASE NO. CV-12-001-EFS

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jody Helen Schwarz | jody.schwarz@usdoj.gov |
| Gabriel S. Galanda | gabe@galandabroadman.com |
| Anthony S. Broadman | anthony@galandabroadman.com |
| | alice@galandabroadman.com |
| | anthonybroadman@gmail.com |
| Ryan D. Dreveskracht | ryan@galandabroadman.com |
| William J. Schroeder | willilam.schroeder@painehamblen.com |
| | marsha.ungricht@painehamblen.com |
| | debbie.miller@painechamblen.com |
| Gregory C. Hesler | greg.hesler@painehamblen.com |
| | marsha.ungricht@painehamblen.com |
| | debbie.miller@painechamblen.com |

I hereby further certify that on this day I caused a true and correct copy of the foregoing to be served, as indicated, upon the following non-CM/ECF participants:

*No manual recipients*

DATED this 30th day of April, 2012.

        s/    SCOTT W. HARDT
        Scott W. Hardt, admitted Pro Hac Vice
        Linnea Brown, admitted Pro Hac Vice
        Joseph G. Middleton, admitted Pro Hac Vice
        Attorneys for Newmont USA Limited and Dawn Mining Company
        Temkin Wielga & Hardt LLP
        1900 Wazee Street, Suite 303
        Denver, CO  80202
        Telephone:  (303) 292-4922
        Facsimile:  (303) 292-4921
        hardt@twhlaw.com
        brown@twhlaw.com
        middleton@twhlaw.com

DEFENDANTS NEWMONT USA LIMITED'S AND DAWN MINING COMPANY'S MEMORANDUM IN SUPPORT OF JOINT MOTION TO QUASH SUBPOENA - 5
CASE NO. CV-12-001-EFS

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001