UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNELLY R. VILLEGAS, an enrolled member of the Spokane Tribe of Indians,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; BUREAU OF INDIAN AFFAIRS; BUREAU OF LAND MANAGEMENT; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT (formerly the MINERALS MANAGEMENT SERVICE); ENVIRONMENTAL PROTECTION AGENCY; OFFICE OF NATURAL RESOURCES REVENUE; LISA P. JACKSON; STAN SPEAKS; KENNETH L. SALAZAR; ROBERT ABBEY; JAMES WATSON; WASHINGTON WATER POWER/AVISTA; and ESTATE OF WILLARD SHARPE,<br><br>        Defendants. | NO. CV-12-0001-EFS<br><br>**ORDER GRANTING WASHINGTON WATER POWER/AVISTA'S STIPULATED MOTION FOR DISMISSAL** |

    This matter comes before the Court on Defendants Washington Water Power/Avista's (WWP/A) Stipulated Motion for Dismissal, without Prejudice, ECF No. 126. Therein, WWP/A and Plaintiff Donnelly Villegas stipulate to WWP/A's dismissal from this lawsuit without prejudice.

    Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

    1. WWP/A's Stipulated Motion for Dismissal, without Prejudice, **ECF No. 126**, is **GRANTED**.

ORDER ~ 1

2. All claims against Defendant Washington Water Power/Avista are **DISMISSED without prejudice.**

3. The caption in this matter shall be **AMENDED**. All future filings in this matter shall bear the following caption:

> DONNELLY R. VILLEGAS, an enrolled member of the Spokane Tribe of Indians,
>
> Plaintiff,
>
> v.
>
> UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; BUREAU OF INDIAN AFFAIRS; BUREAU OF LAND MANAGEMENT; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT (formerly the MINERALS MANAGEMENT SERVICE); ENVIRONMENTAL PROTECTION AGENCY; OFFICE OF NATURAL RESOURCES REVENUE; LISA P. JACKSON; STAN SPEAKS; KENNETH L. SALAZAR; ROBERT ABBEY; JAMES WATSON; and ESTATE OF WILLARD SHARPE,
>
> Defendants.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___25th___ day of July 2012.

                        s/Edward F. Shea
                        EDWARD F. SHEA
               Senior United States District Judge

Q:\EFS\Civil\2012\1.stip.dismiss.3.lc2.wpd

ORDER ~ 2