AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DONNELLY R. VILLEGAS,

|                          |   |
|--------------------------|---|
| *Plaintiff*              | ) |
|                          | ) |
| v.                       | ) |
|                          | ) |
| UNITED STATES OF AMERICA, et al, | ) |
|                          | ) |
| *Defendant*              |   |

Civil Action No.   CV-12-001-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Amended Complaint (ECF No. 153) is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Shea _____ on a motion for
Dismissal (ECF No. 154) is GRANTED.

Date:  August 5, 2013 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Cheryl Switzer
_____
*(By) Deputy Clerk*

Cheryl Switzer
_____